AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the   .

Eastern District of Kentucky

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   6:17-CR-25-S-GFVT-3 |
| ANWAR MITHAVAYANI | ) | |
| | ) | **18-8051-WM** |
| | ) | |
| Defendant | ) | |

FILED by _____ D.C.

## ARREST WARRANT

FEB 0 8 2018

To:    Any authorized law enforcement officer

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ANWAR MITHAVAYANI
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      X Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

21:846 Conspiracy to distribute controlled substances resulting in death
18:1956(h) Conspiracy to commit money laundering offense
18:1956(a)(1)(B)(i) and 18:2 Laundering of money instruments and aiding and abetting
18:1957 and 18:2 Monetary transaction in property derived from specified unlawful activity and aiding and abetting
21:853 Forfeiture Allegation

Date:     Jan 25, 2018

by: Jackie Brock, Deputy Clerk
*Issuing officer's signature*

City and state:    London, Ky

Robert R. Carr, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____                                   _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
F I L E D

JAN 2 5 2018

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 6:17-CR-25-S-GFVT

UNITED STATES OF AMERICA                    PLAINTIFF


V.        ORDER FOR ISSUANCE OF ARREST WARRANT


ANWAR MITHAVAYANI                           DEFENDANT

*   *   *   *   *

The Court ORDERS that the Motion of the United States for issuance of an arrest

warrant is GRANTED, and an arrest warrant is ISSUED for the Defendant, Anwar

Mithavayani.

On this 25th day of January, 2018.


_____
UNITED STATES MAGISTRATE JUDGE


Copies:      United States Marshal
             United States Probation
             Gregory Rosenberg, Assistant United States Attorney

Eastern District of Kentucky
**FILED**
JAN 2 5 2018
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

**UNITED STATES OF AMERICA**

**V.**　　　　　**SUPERSEDING INDICTMENT NO. 6:17-CR-25-S-GFVT**

**TIMOTHY DENNIS GOWDER,**
**GARY ARLAN MOORE,**
**ANWAR MITHAVAYANI,**
**PETE ANTHONY TYNDALE,**
**LARRY KARR, and**
**JAMES BRADLEY COMBS**

* * * * *

**THE GRAND JURY CHARGES:**

**COUNT 1**
**21 U.S.C. § 846**

Beginning in or about January 2009 and continuing through on or about August 2, 2017, in Bell, Knox, Laurel, McCreary, and Whitley Counties, in the Eastern District of Kentucky, and elsewhere,

**TIMOTHY DENNIS GOWDER,**
**GARY ARLAN MOORE,**
**ANWAR MITHAVAYANI,**
**PETE ANTHONY TYNDALE,**
**LARRY KARR, and**
**JAMES BRADLEY COMBS**

did conspire together and with others to knowingly and intentionally distribute and dispense a quantity of pills containing controlled substances, to include oxycodone and oxymorphone, both of which are Schedule II controlled substances, in violation of 21

U.S.C. §§ 841(a)(1) and 841(b)(1)(C), all in violation of 21 U.S.C. § 846.  With respect to **TIMOTHY DENNIS GOWDER, GARY ARLAN MOORE, ANWAR MITHAVAYANI, and PETE ANTHONY TYNDALE,** death resulted from the use of the Schedule II controlled substances distributed as part of the conspiracy.

## COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about December 4, 2017, in Laurel County, in the Eastern District of Kentucky, and elsewhere,

### LARRY KARR

did knowingly and intentionally distribute a quantity of oxycodone, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
### 21 U.S.C. § 841(a)(1)

On or about December 11, 2017, in Laurel County, in the Eastern District of Kentucky, and elsewhere,

### LARRY KARR

did knowingly and intentionally distribute a quantity of oxycodone, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT 4
### 21 U.S.C. § 841(a)(1)

On or about August 2, 2017, in Knox County, in the Eastern District of Kentucky, and elsewhere,

### JAMES BRADLEY COMBS

did knowingly and intentionally possess with intent to distribute a quantity of oxycodone,

a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

### COUNT 5
### 18 U.S.C. § 1956(h)

Beginning on an unknown date in August 2011 and continuing through on or

about July 1, 2016, in Bell, Knox, Laurel, McCreary, and Whitley Counties, in the

Eastern District of Kentucky, and elsewhere,

**TIMOTHY DENNIS GOWDER,**
**GARY ARLAN MOORE,**
**ANWAR MITHAVAYANI,**
**PETE ANTHONY TYNDALE,**

and others, knowing that the property involved in financial transactions affecting

interstate commerce represented the proceeds of some form of unlawful activity, did

conspire to conduct such financial transactions, that is, transfers of funds to and from

First Tennessee Bank account numbers 185468844, 188293974, and 185468312, Regions

Bank account number 93450184, Suntrust Bank account number 1000173663930, Fifth

Third Bank account number 7433523623, and TD Bank account numbers 426-7005853

and 427-6954223, which, in fact, involved proceeds of specified unlawful activity, that is,

the unlawful distribution and dispensation of controlled substances in Kentucky and

elsewhere, with the intent to promote the carrying on of such specified unlawful activity,

in violation of 18 U.S.C. § 1956(a)(1)(A)(i), and knowing that the transactions were

designed in whole or in part to conceal or disguise the nature, the location, the source, the

ownership, and the control of the proceeds of such specified unlawful activity, in

violation of 18 U.S.C. § 1956(a)(1)(B)(i), all in violation of 18 U.S.C. § 1956(h).

## COUNT 6
### 18 U.S.C. § 1956(h)

Beginning on an unknown date in August 2011 and continuing through on or

about May 11, 2016, in Bell, Knox, Laurel, McCreary, and Whitley Counties, in the

Eastern District of Kentucky, and elsewhere,

### ANWAR MITHAVAYANI,
### PETE ANTHONY TYNDALE,

and others, did knowingly conspire and agree to knowingly engage and attempt to engage

in monetary transactions by, through, or to a financial institution, affecting interstate and

foreign commerce, in criminally derived property of a value greater than $10,000, that is,

the transfer of funds from Regions Bank account 0093450184, Suntrust Bank account

1000173663930, and TD Bank account 427-6954223, such property having been derived

from a specified unlawful activity, that is, the unlawful distribution and dispensation of

controlled substances in Kentucky and elsewhere, in violation of 18 U.S.C. § 1957, all in

violation of 18 U.S.C. § 1956(h).

### COUNT 7
### 18 U.S.C. § 1956(a)(1)
### 18 U.S.C. § 2

On or about August 2, 2013, in Bell County, in the Eastern District of Kentucky,

and elsewhere,

### TIMOTHY DENNIS GOWDER,

aided and abetted by others, did knowingly conduct and attempt to conduct a financial

transaction affecting interstate and foreign commerce, to wit, the deposit of check number

1357, in the amount of $6,000.00, drawn on First Tennessee Bank account number

185468312, which involved the proceeds of specified unlawful activity, that is, the unlawful distribution and dispensation of controlled substances in Kentucky and elsewhere, with the intent to promote the carrying on of said specified unlawful activity and knowing that the transaction was designed in whole and in part to conceal and disguise, the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity and that, while conducting and attempting to conduct such financial transaction, the defendant knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, all in violation of 18 U.S.C. §§ 1956(a)(1) and 2.

### COUNT 8
### 18 U.S.C. § 1956(a)(1)
### 18 U.S.C. § 2

On or about July 9, 2015, in Knox County, in the Eastern District of Kentucky, and elsewhere,

### TIMOTHY DENNIS GOWDER,

aided and abetted by others, did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit, the deposit of check number 1640, in the amount of $2,400.00, drawn on First Tennessee Bank account number 185468312, which involved the proceeds of specified unlawful activity, that is, the unlawful distribution and dispensation of controlled substances in Kentucky and elsewhere, with the intent to promote the carrying on of said specified unlawful activity and knowing that the transaction was designed in whole and in part to conceal and disguise, the nature, location, source, ownership, and control of the proceeds of said

specified unlawful activity and that, while conducting and attempting to conduct such financial transaction, the defendant knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, all in violation of 18 U.S.C. §§ 1956(a)(1) and 2.

**COUNT 9**
**18 U.S.C. § 1956(a)(1)**
**18 U.S.C. § 2**

On or about March 21, 2016, in Whitley County, in the Eastern District of Kentucky, and elsewhere,

**TIMOTHY DENNIS GOWDER and**
**GARY ARLAN MOORE,**

aided and abetted by others, did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit, the issuance and the deposit of check number 1726, in the amount of $4,350.00, drawn on First Tennessee Bank account number 185468312, which involved the proceeds of specified unlawful activity, that is, the unlawful distribution and dispensation of controlled substances in Kentucky and elsewhere, with the intent to promote the carrying on of said specified unlawful activity and knowing that the transaction was designed in whole and in part to conceal and disguise, the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity and that, while conducting and attempting to conduct such financial transaction, the defendant knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, all in violation of 18 U.S.C. §§ 1956(a)(1) and 2.

## COUNT 10
### 18 U.S.C. § 1956(a)(1)
### 18 U.S.C. § 2

On or about June 1, 2016, in McCreary County, in the Eastern District of

Kentucky, and elsewhere,

### TIMOTHY DENNIS GOWDER and
### GARY ARLAN MOORE,

aided and abetted by others, did knowingly conduct and attempt to conduct a financial

transaction affecting interstate and foreign commerce, to wit, the issuance and the deposit

of check number 1928, in the amount of $4,650.00, drawn on First Tennessee Bank

account number 185468312, which involved the proceeds of specified unlawful activity,

that is, the unlawful distribution and dispensation of controlled substances in Kentucky

and elsewhere, with the intent to promote the carrying on of said specified unlawful

activity and knowing that the transaction was designed in whole and in part to conceal

and disguise, the nature, location, source, ownership, and control of the proceeds of said

specified unlawful activity and that, while conducting and attempting to conduct such

financial transaction, the defendant knew that the property involved in the financial

transaction represented the proceeds of some form of unlawful activity, all in violation of

18 U.S.C. §§ 1956(a)(1) and 2.

## COUNT 11
### 18 U.S.C. § 1957
### 18 U.S.C. § 2

On or about December 21, 2012, in Knox County, in the Eastern District of

Kentucky, and elsewhere,

**TIMOTHY DENNIS GOWDER,**

aided and abetted by others, did knowingly engage and attempt to engage in a monetary transaction in criminally derived property of a value greater than $10,000 and that was derived from specified unlawful activity, that is, the unlawful distribution and dispensation of controlled substances in violation of 21 U.S.C. §§ 841(a)(1) and 846, to wit, check number 1272 drawn on First Tennessee Bank account number 185468312 in the amount of $12,500.00 and made payable to Timothy Gowder, all in violation of 18 U.S.C. §§ 1957 and 2.

<u>**COUNT 12**</u>
**18 U.S.C. § 1957**
**18 U.S.C. § 2**

On or about November 26, 2014, in Knox County, in the Eastern District of Kentucky, and elsewhere,

**TIMOTHY DENNIS GOWDER,**

aided and abetted by others, did knowingly engage and attempt to engage in a monetary transaction in criminally derived property of a value greater than $10,000 and that was derived from specified unlawful activity, that is, the unlawful distribution and dispensation of controlled substances in violation of 21 U.S.C. §§ 841(a)(1) and 846, to wit, check number 1544 drawn on First Tennessee Bank account number 185468312 in the amount of $17,554.00 and made payable to Timothy Gowder, all in violation of 18 U.S.C. §§ 1957 and 2.

## COUNT 13
### 18 U.S.C. § 1957
### 18 U.S.C. § 2

On or about February 6, 2013, in Knox, Laurel, and Whitley Counties, in the

Eastern District of Kentucky, and elsewhere,

### ANWAR MITHAVAYANI,

aided and abetted by others, did knowingly engage and attempt to engage in a monetary

transaction in criminally derived property of a value greater than $10,000 and that was

derived from specified unlawful activity, that is, the unlawful distribution and

dispensation of controlled substances in violation of 21 U.S.C. §§ 841(a)(1) and 846, to

wit, check number 1516 drawn on Regions Bank account 0093450184 in the amount of

$65,597.64 and made payable to Griffin Data, all in violation of 18 U.S.C. §§ 1957 and 2.

## COUNT 14
### 18 U.S.C. § 1956(a)(1)(B)(i)
### 18 U.S.C. § 2

On or about February 6, 2013, in Knox, Laurel, and Whitley Counties, in the

Eastern District of Kentucky, and elsewhere,

### ANWAR MITHAVAYANI,

aided and abetted by others, did knowingly conduct and attempt to conduct a financial

transaction affecting interstate and foreign commerce, to wit, check number 1516 drawn

on Regions Bank account 0093450184 in the amount of $65,597.64 and made payable to

Griffin Data, which involved the proceeds of a specified unlawful activity, that is, the

unlawful distribution and dispensation of controlled substances in violation of 21 U.S.C.

§§ 841(a)(1) and 846, knowing that the transaction was designed in whole and in part to

conceal and disguise the nature, location, source, ownership, and control of the proceeds

of said specified unlawful activity and that while conducting and attempting to conduct

such financial transaction knew that the property involved in the financial transaction

represented the proceeds of some form of unlawful activity, all in violation of 18 U.S.C.

§§ 1956(a)(1)(B)(i) and 2.

### COUNT 15
**18 U.S.C. § 1957**
**18 U.S.C. § 2**

On or about February 13, 2013, in Knox, Laurel, and Whitley Counties, in the

Eastern District of Kentucky, and elsewhere,

### PETE ANTHONY TYNDALE,

aided and abetted by others, did knowingly engage and attempt to engage in a monetary

transaction in criminally derived property of a value greater than $10,000 and that was

derived from specified unlawful activity, that is, the unlawful distribution and

dispensation of controlled substances in violation of 21 U.S.C. §§ 841(a)(1) and 846, to

wit, check number 1585 drawn on Regions Bank account 0093450184 in the amount of

$52,729.00 and made payable to Givenchy Consulting Group Inc., all in violation of 18

U.S.C. §§ 1957 and 2.

### COUNT 16
**18 U.S.C. § 1957**
**18 U.S.C. § 2**

On or about February 25, 2013, in Knox, Laurel, and Whitley Counties, in the

Eastern District of Kentucky, and elsewhere,

**PETE ANTHONY TYNDALE,**

aided and abetted by others, did knowingly engage and attempt to engage in a monetary transaction in criminally derived property of a value greater than $10,000 and that was derived from specified unlawful activity, that is, the unlawful distribution and dispensation of controlled substances in violation of 21 U.S.C. §§ 841(a)(1) and 846, to wit, a payment of $18,159.94 made from TD Bank account number 427-6954223 to an American Express account number ending in 8-81000, all in violation of 18 U.S.C. §§ 1957 and 2.

## COUNT 17
### 18 U.S.C. § 1957
### 18 U.S.C. § 2

On or about March 13, 2013, in Knox, Laurel, and Whitley Counties, in the Eastern District of Kentucky, and elsewhere,

**PETE ANTHONY TYNDALE,**

aided and abetted by others, did knowingly engage and attempt to engage in a monetary transaction in criminally derived property of a value greater than $10,000 and that was derived from specified unlawful activity, that is, the unlawful distribution and dispensation of controlled substances in violation of 21 U.S.C. §§ 841(a)(1) and 846, to wit, a payment of $11,000.00 made from TD Bank account number 427-6954223 to an American Express account number ending in 8-81000, all in violation of 18 U.S.C. §§ 1957 and 2.

### COUNT 18
18 U.S.C. § 1957
18 U.S.C. § 2

On or about April 25, 2013, in Knox, Laurel, and Whitley Counties, in the Eastern

District of Kentucky, and elsewhere,

**PETE ANTHONY TYNDALE,**

aided and abetted by others, did knowingly engage and attempt to engage in a monetary

transaction in criminally derived property of a value greater than $10,000 and that was

derived from specified unlawful activity, that is, the unlawful distribution and

dispensation of controlled substances in violation of 21 U.S.C. §§ 841(a)(1) and 846, to

wit, check number 1667 drawn on Regions Bank account 0093450184 in the amount of

$16,600.00 and made payable to Givenchy Consulting Group Inc., all in violation of 18

U.S.C. §§ 1957 and 2.

### COUNT 19
18 U.S.C. § 1957
18 U.S.C. § 2

On or about May 6, 2013, in Knox, Laurel, and Whitley Counties, in the Eastern

District of Kentucky, and elsewhere,

**ANWAR MITHAVAYANI and**
**PETE ANTHONY TYNDALE,**

aided and abetted by others, did knowingly engage and attempt to engage in a monetary

transaction in criminally derived property of a value greater than $10,000 and that was

derived from specified unlawful activity, that is, the unlawful distribution and

dispensation of controlled substances in violation of 21 U.S.C. §§ 841(a)(1) and 846, to

wit, check number 1676 drawn on Regions Bank account 0093450184 in the amount of

$17,692.00 and made payable to Givenchy Consulting Group Inc., all in violation of 18

U.S.C. §§ 1957 and 2.

### COUNT 20
### 18 U.S.C. § 1957
### 18 U.S.C. § 2

On or about July 3, 2013, in Knox, Laurel, and Whitley Counties, in the Eastern

District of Kentucky, and elsewhere,

### ANWAR MITHAVAYANI and
### PETE ANTHONY TYNDALE,

aided and abetted by others, did knowingly engage and attempt to engage in a monetary

transaction in criminally derived property of a value greater than $10,000 and that was

derived from specified unlawful activity, that is, the unlawful distribution and

dispensation of controlled substances in violation of 21 U.S.C. §§ 841(a)(1) and 846, to

wit, check number 1735 drawn on Regions Bank account 0093450184 in the amount of

$20,000.00 and made payable to Anwar M Mithavayani, all in violation of 18 U.S.C.

§§ 1957 and 2.

### COUNT 21
### 18 U.S.C. § 1957
### 18 U.S.C. § 2

On or about July 3, 2013, in Knox, Laurel, and Whitley Counties, in the Eastern

District of Kentucky, and elsewhere,

### ANWAR MITHAVAYANI,

aided and abetted by others, did knowingly engage and attempt to engage in a monetary

transaction in criminally derived property of a value greater than $10,000 and that was derived from specified unlawful activity, that is, the unlawful distribution and dispensation of controlled substances in violation of 21 U.S.C. §§ 841(a)(1) and 846, to wit, check number 1736 drawn on Regions Bank account 0093450184 in the amount of $75,447.48 and made payable to Griffin Data, all in violation of 18 U.S.C. §§ 1957 and 2.

## COUNT 22
### 18 U.S.C. § 1957
### 18 U.S.C. § 2

On or about December 31, 2013, in Knox, Laurel, and Whitley Counties, in the Eastern District of Kentucky, and elsewhere,

### ANWAR MITHAVAYANI and
### PETE ANTHONY TYNDALE,

aided and abetted by others, did knowingly engage and attempt to engage in a monetary transaction in criminally derived property of a value greater than $10,000 and that was derived from specified unlawful activity, that is, the unlawful distribution and dispensation of controlled substances in violation of 21 U.S.C. §§ 841(a)(1) and 846, to wit, check number 1919 drawn on Regions Bank account 0093450184 in the amount of $15,000.00 and made payable to Givenchy Consulting Group Inc., all in violation of 18 U.S.C. §§ 1957 and 2.

## COUNT 23
### 18 U.S.C. § 1956(a)(1)(B)(i)
### 18 U.S.C. § 2

On or about December 31, 2013, in Knox, Laurel, and Whitley Counties, in the Eastern District of Kentucky, and elsewhere,

**ANWAR MITHAVAYANI and
PETE ANTHONY TYNDALE,**

aided and abetted by others, did knowingly conduct and attempt to conduct a financial

transaction affecting interstate and foreign commerce, to wit, check number 1919 drawn

on Regions Bank account 0093450184 in the amount of $15,000.00 and made payable to

Givenchy Consulting Group Inc., which involved the proceeds of a specified unlawful

activity, that is, the unlawful distribution and dispensation of controlled substances in

violation of 21 U.S.C. §§ 841(a)(1) and 846, knowing that the transaction was designed

in whole and in part to conceal and disguise the nature, location, source, ownership, and

control of the proceeds of said specified unlawful activity and that while conducting and

attempting to conduct such financial transaction knew that the property involved in the

financial transaction represented the proceeds of some form of unlawful activity, all in

violation of 18 U.S.C. §§ 1956(a)(1)(B)(i) and 2.

### COUNT 24
### 18 U.S.C. § 1957
### 18 U.S.C. § 2

On or about January 22, 2015, in Knox, Laurel, and Whitley Counties, in the

Eastern District of Kentucky, and elsewhere,

**ANWAR MITHAVAYANI and
PETE ANTHONY TYNDALE,**

aided and abetted by others, did knowingly engage and attempt to engage in a monetary

transaction in criminally derived property of a value greater than $10,000 and that was

derived from specified unlawful activity, that is, the unlawful distribution and

dispensation of controlled substances in violation of 21 U.S.C. §§ 841(a)(1) and 846, to

wit, check number 5186 drawn on Suntrust Bank account 1000173663930 in the amount of $36,000.00 and made payable to Anwar Mithavayani, all in violation of 18 U.S.C. §§ 1957 and 2.

### COUNT 25
### 18 U.S.C. § 1957
### 18 U.S.C. § 2

On or about May 11, 2016, in Knox, Laurel, and Whitley Counties, in the Eastern District of Kentucky, and elsewhere,

### ANWAR MITHAVAYANI,

aided and abetted by others, did knowingly engage and attempt to engage in a monetary transaction in criminally derived property of a value greater than $10,000 and that was derived from specified unlawful activity, that is, the unlawful distribution and dispensation of controlled substances in violation of 21 U.S.C. §§ 841(a)(1) and 846, to wit, check number 5624 drawn on Suntrust Bank account 1000173663930 in the amount of $83,234.25 and made payable to Anwar Mithavayani, all in violation of 18 U.S.C. §§ 1957 and 2.

### COUNT 26
### 18 U.S.C. § 1956(a)(1)(B)(i)
### 18 U.S.C. § 2

On or about May 11, 2016, in Knox, Laurel, and Whitley Counties, in the Eastern District of Kentucky, and elsewhere,

### ANWAR MITHAVAYANI,

aided and abetted by others, did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit, check number 5624 drawn

on Suntrust Bank account 1000173663930 in the amount of $83,234.25 and made payable to Anwar Mithavayani, which involved the proceeds of a specified unlawful activity, that is, the unlawful distribution and dispensation of controlled substances in violation of 21 U.S.C. §§ 841(a)(1) and 846, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, all in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i) and 2.

## FORFEITURE ALLEGATIONS
### 21 U.S.C. § 853

In committing Counts 1-4 of this Indictment, the same being punishable by imprisonment for more than one year, **TIMOTHY DENNIS GOWDER, GARY ARLAN MOORE, ANWAR MITHAVAYANI, PETE ANTHONY TYNDALE, LARRY KARR, and JAMES BRADLEY COMBS** used and intended to use the below-described property to commit and to facilitate the commission of the said controlled substance violations, and the below-described property constitutes proceeds obtained directly and indirectly as a result of the commission of the aforesaid violations of 21 U.S.C. §§ 841(a)(1) and 846, including, but not limited to, the property listed below.

**18 U.S.C. § 982(a)(1)**

In committing the felony offenses alleged in Counts 5-26 of this Indictment, each punishable by imprisonment for more than one year, **TIMOTHY DENNIS GOWDER, GARY ARLAN MOORE, ANWAR MITHAVAYANI, and PETE ANTHONY TYNDALE** shall forfeit to the United States any property involved in the offense or any property traceable to such property, including but not limited to the property listed below.

**CASH/CURRENCY:**
1. Funds on deposit in Regions Bank account number 82439737 in the name of Gary A. Moore and D. Gayle Moore.

2. Funds on deposit in the Bank of America account number 003781790898 in the name of Timothy D. Gowder and Linda S. Gowder.

3. Funds on deposit in the Bank of America account number 003785351864 in the name of Timothy D. Gowder and Linda S. Gowder.

4. Funds on deposit in the First Tennessee Bank account number 185468312 in the name of Tennessee Pain Institute PLC.

5. Funds on deposit in the First Tennessee Bank account number 185468844 in the name of Health Care Managers LLC.

6. Funds on deposit in the First Tennessee Bank account number 188293974 in the name of Health Care Managers LLC.

7. Funds on deposit in the Regions Bank account number 93450184 in the name of Health Care Managers LLC.

8. Funds on deposit in the TD Bank account number 427-6954223 in the name of Givenchy Consulting Group, Inc.

9. Funds on deposit in the TD Bank account number 426-7005853 in the name of Givenchy Consulting Group, Inc.

10. Funds on deposit in the Fifth Third Bank account number 7433523623 in the name of Givenchy Consulting Group, Inc.

11. Funds on deposit in the Suntrust Bank account number 1000173663930 in the name of Health Care Managers LLC.

**MONEY JUDGMENT:**
An amount equal to the gross proceeds in aggregate obtained by all defendants as a result of the aforesaid violations, which sum is at least $8,167,000.

If any of the property listed above, as a result of any act or omission of the defendants,

1. cannot be located upon the exercise of due diligence;

2. has been transferred or sold to, or deposited with, a third party;

3. has been placed beyond the jurisdiction of the Court;

4. has been substantially diminished in value; or

5. has been commingled with other property which cannot be divided without difficulty,

then the United States intends to seek the forfeiture of any other property in which the

above defendants have an interest, up to the value of the money judgment described

above, and any other property of the defendants not specifically listed in the Indictment.

By virtue of the commission of the felony offenses charged in this Indictment, any

and all interest **TIMOTHY DENNIS GOWDER, GARY ARLAN MOORE, ANWAR**

**MITHAVAYANI, PETE ANTHONY TYNDALE, LARRY KARR, and JAMES**

**BRADLEY COMBS** have in the above-described property is vested in the United States

and hereby forfeited to the United States pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982(a)(1).

A TRUE BILL,

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

## PENALTIES

**COUNT 1:**  Not more than 20 years, $1,000,000 fine, and at least 3 years supervised release.

**If prior felony drug conviction:** not more than 30 years imprisonment, a $2,000,000 fine, and at least 6 years supervised release.

**If death resulted from the use of the Schedule II controlled substances distributed:** Not less than 20 years and not more than life imprisonment, $1,000,000 fine, and at least 3 years supervised release

**COUNTS 2-4:**  Not more than 20 years, $1,000,000 fine, and at least 3 years supervised release.

**COUNTS 5, 7-10, 14, 23, 26**  Not more than 20 years imprisonment, $500,000 fine or twice the value of the property involved in the transaction, whichever is greater, and 3 years supervised release.

**COUNTS 6, 11-13: 15-22, 24, 25**  Not more than 10 years imprisonment, $250,000 fine or twice the value of the criminally derived property involved in the transaction, whichever is greater, and 3 years supervised release.

**PLUS:**  Mandatory special assessment of $100 per count.

**PLUS:**  Restitution, if applicable.

**PLUS:**  Forfeiture of listed assets.